1 | McGREGOR W. SCOTT
  | United States Attorney
2 | KAREN A. ESCOBAR
  | Assistant U.S. Attorney
3 | 3654 Federal Building
  | 1130 "O" Street
4 | Fresno, California 93721
  | Telephone: (559) 498-7272

FILED

2005 SEP -9  A 11: 42

[stamp: U.S. DISTRICT COURT, EASTERN DIST. OF CALIF., BY ___ DEPUTY]

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEARCH ) | SW-F-05-0023 LJO |
| OF THE PREMISES OF: ) | |
| ) | ORDER TO UNSEAL APPLICATION FOR |
| GABRIEL JEDIDIAH SCHOENSTEIN ) | SEARCH WARRANTS AND SEARCH |
| AND MICHELLE SHERRY KEVORKIAN ) | WARRANTS |
| 8927 N. MILLBROOK AVENUE, ) | |
| FRESNO, CA ) | |
| ) | |
| GABRIEL JEDIDIAH SCHOENSTEIN ) | |
| 6872 N. HAYSTON AVENUE ) | |
| FRESNO, CA ) | |
| _____ ) | |

   Having considered the government's application to unseal the application for search warrants and search warrants in the above-captioned matter,

   IT IS HEREBY ORDERED that the applications for search warrants and search warrants in the above-captioned matter shall be UNSEALED.

Dated: September 8, 2005

SANDRA M. SNYDER
U.S. Magistrate Judge

1